IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MERVYN PAUL ARNOLD,

    Petitioner,

vs.                                      Case No. 4:14cv357-RH/CAS

MICHAEL CREWS, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

On June 30, 2014, Petitioner Mervyn Paul Arnold, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.  Petitioner has also filed a motion for leave to proceed in forma pauperis, Doc. 2, a motion to produce document, Doc. 3, and a notice of inquiry, Doc. 5.

Petitioner is currently incarcerated at the Zephyrhills Correctional Institution in Zephyrhills, Florida, which is located in Pasco County, in the Middle District of Florida.  Doc. 1; *see* 28 U.S.C. § 89(b).  Petitioner challenges a judgment and sentence entered by the Eighteenth Judicial Circuit, Brevard County, Florida, following a guilty plea.  Doc. 1.  Brevard County is also located in the Middle District of Florida.  *See* 28 U.S.C. § 89(b).

Jurisdiction is appropriate in the district of confinement and the district of conviction. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated). Because Petitioner is not incarcerated in this district and does not challenge the judgment of a state court located in this district, jurisdiction is not appropriate here.

Jurisdiction is appropriate in the United States District Court for the Middle District of Florida, the district where Petitioner is incarcerated and the district of conviction. *See id. See, e.g.*, Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992) (explaining that courts "should avoid the temptation to transfer habeas petitions without giving careful consideration to the convenience of witnesses"). Accordingly, it is respectfully **RECOMMENDED** that the case file, including all pending motions, be **TRANSFERRED** to the United States District Court for the Middle District of Florida.

**IN CHAMBERS** at Tallahassee, Florida, on July 16, 2014.

        S/ Charles A. Stampelos
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**